IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



| UNITED STATES OF AMERICA, | CR 16-36-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| SHAWNA RAE WILSON, | |
| Defendant. | |

Pursuant to the request of the Bureau of Prisons at the Federal Detention Center–SeaTac for an extension of up to fifteen (15) days to file the final report of evaluation, and for good cause being shown,

IT IS HEREBY ORDERED that,

1. The facility shall have until April 24, 2017 in which to file the final report on Defendant Shawna Rae Wilson in order to determine her competency to proceed in this matter.

2. The report shall be filed with the Court, with copies to counsel for the Defendant and the Government.

3. All time from the date of this Order until the date of the Court's determination as to Shawna Rae Wilson's competency is excludable under the Speedy Trial Act. 18 U.S.C. § 3161(h)(1)(A) and (F).

4. The Clerk of Court is directed to immediately notify the parties and the United States Marshals Service of the entry of this order.

DATED this 21st day of March, 2017.

/s/ Susan P. Watters
SUSAN P. WATTERS
United States District Judge