IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

FILED APR 2 4 2017
Clerk, U.S. District Court
District Of Montana
Billings

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> SHAWNA RAE WILSON, <br><br> Defendant. | CR 16-36-BLG-SPW <br><br> ORDER |

By Order dated January 25, 2017 (Doc. 43), Defendant was committed to the custody of the Attorney General for an evaluation of Defendant's mental competency to stand trial. On April 24, 2017, the Court received a Forensic Evaluation (Competency) report from Ryan Nybo, Psy.D.

IT IS HEREBY ORDERED:

1. The Clerk is directed to file the Forensic Evaluation (Competency) report under seal and serve a copy of the report on counsel for the United States and Defendant.

2. A hearing to determine Defendant's mental competency to stand trial is set for **Tuesday, May 2, 2017, at 9:30 a.m.** 18 U.S.C. § 4247(d).

3. The clerk is directed forthwith to notify counsel and the United States Marshals Service of the entry of this Order.

1

DATED this 29th day of April, 2017.

/s/ Susan P. Watters
SUSAN P. WATTERS
United States District Judge