

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SHAWNA RAE WILSON,<br><br>Defendant. | CR 16-36-BLG-SPW<br><br>ORDER |

Upon the Defendant's Unopposed Motion to Set Sentencing Hearing (Doc. 51), for the reason that Ms. Wilson does not wish to contest the finding regarding her competency,

**IT IS HEREBY ORDERED** that the Competency Hearing currently set for Thursday, May 11, 2017 at 1:30 p.m. is **VACATED.**

**IT IS FURTHER ORDERED** that sentencing is scheduled for **Wednesday, May 24, 2017 at 1:30 p.m.** in the James F. Battin U.S. Courthouse, Billings, Montana.

1

The Clerk shall forthwith notify the parties of the making of this Order.

DATED this 9th day of May, 2017.

/s/ Susan P. Watters
SUSAN P. WATTERS
U.S. DISTRICT JUDGE